UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ) | Civil Action Nos. |
| ) |  |
| ) | 08-cv-1224 |
| *In re* Guantanamo Detainee Cases ) | 08-cv-1227 |
| ) | 08-cv-1228 |
| ) | 08-cv-1229 |
| ) | 08-cv-1230 |
|  | 08-cv-1231 |
|  | 08-cv-1232 |
|  | 08-cv-1233 |
|  | 08-cv-1234 |
|  | 08-cv-1235 |
|  | 08-cv-1236 |
|  | 08-cv-1237 |
|  | 08-cv-1238 |

**FILED**

AUG -8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

In the interest of facilitating the appointment of counsel in the above-captioned cases, pursuant to the agreement of the Judges of this Court acting in Executive Session, July 1, 2008, it is hereby

ORDERED that the Federal Defender offices listed on the attached schedule are appointed to represent the petitioners in the respective cases, and that the individual attorneys from the Federal Defender offices who will represent the petitioners in each case shall file a notice of appearance and, pursuant to LCvR 83.2(e), shall be allowed to

appear in this Court as employees of the United States. Attorneys so appointed shall, pursuant to LCvR 5.4(b), obtain a CM/ECF password from the Clerk in order to file documents with the Court or to receive copies of opinions and orders of the Court.

**SO ORDERED.**

August 5, 2008

Royce C. Lamberth
Chief Judge

| Case No. | Case Name | Date Filed | Judge Assigned | Federal Defender Office Assigned |
|---|---|---|---|---|
| 08-cv-1224 | Gul V. Bush et al | 7/17/08 | Judge Collyer | Northern District of Georgia |
| 08-cv-1227 | Hafizullah v. Bush et al | 7/17/08 | Judge Huvelle | Northern District of Georgia |
| 08-cv-1228 | Hadi v. Bush et al | 7/17/08 | Judge Collyer | Southern District of Indiana |
| 08-cv-1229 | Yakubi v. Bush et al | 7/17/08 | Judge Bates | Northern District of Georgia |
| 08-cv-1230 | Mohammed v. Bush et al | 7/17/08 | Judge Collyer | Northern District of Ohio |
| 08-cv-1231 | Alhamiri v. Bush et al | 7/17/08 | Judge Kollar-Kotelly | Northern District of Ohio |
| 08-cv-1232 | Bin Atef v. Bush et al | 7/17/08 | Judge Robertson | Southern District of Indiana |
| 08-cv-1233 | Qattaa v. Bush et al | 7/17/08 | Judge Huvelle | Northern District of Ohio |
| 08-cv-1234 | Saleh v. Bush et al | 7/17/08 | Judge Leon | Southern District of Indiana |
| 08-cv-1235 | Said Kuman v. Bush et al | 7/17/08 | Judge Bates | Central District of California |
| 08-cv-1236 | Abd Al Sattar v. Bush et al | 7/17/08 | Judge Bates | Northern District of Ohio |
| 08-cv-1237 | Al Wady v. Bush et al | 7/17/08 | Judge Collyer | Central District of California |
| 08-cv-1238 | Balzuhair v. Bush et al | 7/17/08 | Judge Roberts | Central District of California |