UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALEM AHMED HADI )<br>Guantanamo Bay, CUBA )<br>    Petitioner )<br>)<br>)<br>v.      )<br>)<br>)<br>GEORGE W. BUSH, *et. al.* )<br>    Defendant ) | 1:08-cv-01228 (RMC) |

**APPEARANCE**

Please enter our appearance as attorneys for the Petitioner.

Dated: August 14, 2008

/s/ *William E. Marsh*
William E. Marsh
    Bill_Marsh@fd.org
    9040-49 IN
William H. Dazey
    Bill_Dazey@fd.org
    4433-49 IN
Indiana Federal Community Defenders
Suite 752
111 Monument Circle
Indianapolis, IN 46204
(317) 383-3520
Attorneys for Petitioner