UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALEM AHMED HADI ) <br> Guantanamo Bay, CUBA ) <br>     Petitioner ) <br> ) <br> ) <br>     v. ) <br> ) <br> ) <br> GEORGE W. BUSH, *et. al.* ) <br>     Defendant ) | 1:08-cv-01228 (RMC) |

**PETITIONER'S STATUS REPORT**

This action was filed by a next-friend on behalf of Mr. Hadi on July 17, 2008. Counsel was appointed on August 8, 2008, and entered an appearance on August 14, 2008.

An Order on July 29, 2008 directed counsel to file a Petitioner's authorization to proceed within 90 days [October 27, 2008]. Counsel have had no contact with Petitioner, but have submitted applications for security classification and will visit Petitioner to discuss this action as soon as the security classification is obtained.

Unclassified information has been obtained from the Department of Defense web page which counsel believe relates to Petitioner. However, counsel is uncertain as to whether the documents apply to Petitioner because different names are used with reference to the same detainee number. Counsel have received no documents directly from the Respondents.

Dated: August 22, 2008

/s/ *William E. Marsh*
William E. Marsh
    Bill_Marsh@fd.org
    9040-49 IN
William H. Dazey
    Bill_Dazey@fd.org
    4433-49 IN
Indiana Federal Community Defenders
Suite 752
111 Monument Circle
Indianapolis, IN 46204
(317) 383-3520
Attorneys for Petitioner